**BAHADORI & THOMAS LLP**
Amid T. Bahadori, California Bar No. 242351
Bryan M. Thomas, California Bar No. 238409
2 Park Plaza, Suite 450
Irvine, CA 92614
Telephone:  (949) 954-8164
Facsimile:  (949) 954-8163
Email:  atb@bahadorilaw.com
        bmt@bahadorilaw.com

Attorneys for Plaintiff
BAHRAM BEHJOU

**BRYAN CAVE LLP**
Brian J. Recor, California Bar No. 229091
Alexander G. Boone, California Bar No. 279907
120 Broadway, Suite 300
Santa Monica, California  90401-2386
Telephone:  (310) 576-2100
Facsimile:  (310) 576-2200
Email:  brian.recor@bryancave.com
        alex.boone@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAHRAM BEHJOU,<br><br>                    Plaintiff,<br><br>     vs.<br><br>BANK OF AMERICA, N.A.; and DOES 1 to 10,<br><br>                    Defendants | Case No. 1:13-CV-00125-LJO-SMS<br><br>Hon. Lawrence J. O'Neill<br><br>**ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT BY 30 DAYS (L.R. 144(a))**<br><br>Current Response Date: Mar. 1, 2013<br>New Response Date: Apr. 1, 2013<br><br>Trial Date:           Not Assigned |

Having read and considered the Joint Stipulation to Extend Time to Respond to Complaint by 30 Days filed by plaintiff Bahram Behjou ("Plaintiff") and defendant Bank of America, N.A. ("Defendant"):

IT IS HEREBY ORDERED, that:

1. The deadline by which Defendants must file their response to the Complaint is extended for thirty (30) days, to and including Monday, April 1, 2013.

Respectfully submitted:

**BRYAN CAVE LLP**

By: /s/ Alexander G. Boone
    Alexander G. Boone
Attorneys for Defendant
BANK OF AMERICA, N.A.

**BAHADORI & THOMAS LLP**

By: /s/ Amid T. Bahadori (as authorized on
    February 22, 2013)
    Amid T. Bahadori
Attorneys for Plaintiff
BAHRAM BEHJOU

Dated: 2/26/2013                        /s/ SANDRA M. SNYDER
                                              SANDRA M. SNYDER
                                              UNITED STATES MAGISTRATE JUDGE