IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAHRAM BEHJOU, | CASE NO. CV F 13-0125 LJO SMS |
| Plaintiff, | **ORDER TO VACATE HEARING AND TO SHOW CAUSE** |
| vs. | |
| BANK OF AMERICA, N.A., | |
| Defendants. | |

**ORDER**

On April 15, 2013, defendant Bank of America, N.A. ("B of A") filed its F.R.Civ.P. 12(b)(6) motion to dismiss and set an April 23, 2013 hearing with improper notice to disobey Local Rule 230(b) and this Court's Standing Order (doc. 5, Attachment 1). As such, this Court:

1. VACATES the April 23, 2013 hearing improperly set by B of A;
2. ORDERS plaintiff, no later than April 22, 2013, to file and serve either: (a) papers to oppose B of A's motion to dismiss; or (b) an amended complaint as a matter of course, pursuant to F.R.Civ.P. 15(a)(1)(B);
3. ORDERS B of A, no later than April 29, 2013, to file and serve optional papers to reply to plaintiff's opposition papers, as appropriate; and
4. ORDERS B of A, no later than April 9, 2013, to file and serve papers to show cause why this Court should not impose sanctions for failure to comply with Local Rule 230(b) and this Court's Standing Order.

This Court's practice is to rule on motions on the record and to set oral argument only as it deems

necessary. If plaintiff files an amended complaint, this Court will issue an order to set a deadline for B of A to respond to the amended complaint.

**STATEMENT TO THE PARTIES AND COUNSEL**

Judges in the Eastern District of California carry the heaviest caseload in the nation, and this Court is unable to devote inordinate time and resources to individual cases and matters. This Court cannot address all arguments, evidence and matters raised by parties and addresses only the arguments, evidence and matters necessary to reach a decision given the shortage of district judges and staff. The parties and counsel are encouraged to contact the offices of United States Senators Diane Feinstein and Barbara Boxer to address this Court's inability to accommodate the parties and this action.

The parties are required to consider, and if necessary, to reconsider consent to a U.S. Magistrate Judge to conduct all further proceedings in that the Magistrate Judges' availability is far more realistic and accommodating to parties than that of U.S. District Judge Lawrence J. O'Neill who must prioritize criminal and older civil cases. A Magistrate Judge consent form is available on this Court's website.

Civil trials set before Judge O'Neill trail until he becomes available and are subject to suspension mid-trial to accommodate criminal matters. Civil trials are no longer reset to a later date if Judge O'Neill is unavailable on the original date set for trial. If a trial trails, the parties may be given short notice to start trial, as early as the next day. Moreover, this Court's Fresno Division randomly and without advance notice reassigns civil actions to U.S. District Judges throughout the nation to serve as visiting judges. In the absence of Magistrate Judge consent, this action is subject to reassignment to a U.S. District Judge from outside the Eastern District of California.

IT IS SO ORDERED.

Dated:   **April 2, 2013**               /s/  **Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE